THE PEOPLE OF THE STATE OF NEW YORK ex rel. MEYER POSTER, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Argued October 18, 1951; decided December 6, 1951.

*William R. Murray* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Richard H. Shepp, Wendell P. Brown* and *Herman N. Harcourt* of counsel), for J. Vernel Jackson, as Warden of Clinton Prison, respondent.

*Miles F. McDonald, District Attorney* (*Frank Di Lalla* of counsel), for People of the State of New York, respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.